THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ROGER PIERCE, Petitioner-Appellant.

(No. 59868; )

First District (5th Division)—July 12, 1974.

PER CURIAM.

Kenneth N. Flaxman, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Barry Rand Elden, Assistant State's Attorneys, of counsel), for the People.